IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-309-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JEREMIAH WESLEY ROBINSON,

    Defendant.

---

**INDICTMENT**

---

The Grand Jury charges:

## COUNT 1

From a date unknown and continuing until on or about May 21, 2022, within the State and District of Colorado and elsewhere, the defendant, JEREMIAH WESLEY ROBINSON, and other persons both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi), and 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

The use of fentanyl involved in the conspiracy attributable to the defendant, as a

result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, resulted in the death of A.L. on or about May 21, 2022, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about May 7, 2022, within the State and District of Colorado and elsewhere, the defendant, JEREMIAH WESLEY ROBINSON, did knowingly and intentionally distribute and possess with intent to distribute 40 grams and more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, the use of which resulted in the death of A.L. on or about May 21, 2022; and did aid, abet, counsel, command, induce, or procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi); and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of the violations alleged in Counts 1 through 2 of this Indictment involving a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1) and 846, defendant, JEREMIAH WESLEY ROBINSON, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of such offense, including, but not limited to a money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

    3.    If any of the property described above, as a result of any act or omission of the defendant:

    a)    cannot be located upon the exercise of due diligence;
    b)    has been transferred or sold to, or deposited with, a third party;
    c)    has been placed beyond the jurisdiction of the Court;
    d)    has been substantially diminished in value; or
    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

    A TRUE BILL:

<u>Ink signature on file in Clerk's office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>s/ *Jeremy Chaffin*</u>
JEREMY CHAFFIN
Assistant United States Attorney
United States Attorney's Office
205 North 4th Street, Suite 400
Grand Junction, CO 81501
Tel: (970) 257-7113
Fax: (970) 248-3630
E-mail: jeremy.chaffin@usdoj.gov
Attorney for the government.